# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SIALA TAITO, FUAILILIA TAITO, and KYDIA WASHINGTON, on behalf of themselves and a proposed class of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant. | Case No. 2:21-cv-02599-JPM-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Defendant's Motion to Dismiss, filed on February 1, 2022 (ECF No. 38), and the Court having entered an Order Granting Defendant's Motion to Dismiss (ECF No. 52),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion to Dismiss, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  July 1, 2022
Date